## COKER *v.* EVITT.

When a case turns upon a single question of fact and the evidence bearing upon it is so conflicting as to render the result doubtful, it is erroneous and misleading to submit to the jury as a disputed issue a material matter concerning which there was no controversy whatever between the parties. An error of the nature above indicated requires a new trial in the present case.

Submitted March 24, — Decided April 21, 1899.

Levy and claim.    Before Judge Henry.    Walker superior court.    February term, 1898.

*R. M. W. Glenn* and *Lumpkin . & Shattuck*, for plaintiff in error.    *Copeland & Jackson* and *C. P. Goree*, contra.

LUMPKIN, P. J.    This was a claim case, which resulted in a verdict finding subject the property levied on.    The only issue contested at the trial was whether or not a deed from the de-

fendant in execution to the claimant, under which she asserted title, was, with her knowledge, made for the purpose of defrauding his creditors. There was not a particle of evidence to show that this was a purely voluntary conveyance, and the instrument itself recited a valuable consideration. Nevertheless, the trial judge submitted to the jury, as if it were a disputed issue, the question whether or not the deed was wholly without consideration. This was obviously erroneous and calculated to mislead the jury. It follows, the case being a close one upon its facts, that the claimant is entitled to a new trial.

*Judgment reversed.　All the Justices concurring.*